**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jervis Ricky DAVIS, Defendant–Appellant.**

**No. 14–7051.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 22, 2014.

Jervis Ricky Davis, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Tobin Webb Lathan, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jervis Ricky Davis appeals the district court's order denying relief on his Fed. R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis*, No. 5:10–cr–00311–H–1 (E.D.N.C. July 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*